COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH IAN BRODIE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES, a Foreign Corporation,<br><br>Defendant. | Case Number:<br>2:21-cv-00029-APG-BNW<br><br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT, CREDIT CONTROL SERVICES, INC.** |

Notice is hereby given that Plaintiff, Keith Ian Brodie, and Defendant, Credit Control Services, Inc. d/b/a Credit Collection Services ("CCS"), (collectively the "Parties") have reached an agreement to settle the claims alleged in the Complaint as to Defendant CCS.

. . .

. . .

. . .

. . .

. . .

The Parties anticipate completing settlement documents and filing a Stipulation of Dismissal with the Court within the next sixty (60) days.

Dated this 29th day of March, 2021.

                              COGBURN LAW

By:   */s/Erik W. Fox*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

### ORDER

Based on the parties' notice of settlement IT IS ORDERED that by 6/1/2021 the parties must file either dismissal documents or a joint status report concerning the status of settlement.

**IT IS SO ORDERED**

**DATED:** 3:18 pm, April 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**